UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
AHMED DHAKKAR,                                               :
                                                             :
               Plaintiff,                            :      **ECF CASE**
                                                             :
      v.                                                  :
                                                             :      07 Civ. 7919 (LAP)
ALBERTO R. GONZALES, et al.                                  :
                                                             :
               Defendants.                           :      NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          October 16, 2007

                                                            Respectfully submitted,

                                                            MICHAEL J. GARCIA
                                                            United States Attorney for the
                                                            Southern District of New York

                                      By:    /s/_____
                                                            LI YU
                                                            Assistant United States Attorney
                                                            86 Chambers Street, 3rd Floor
                                                            New York, New York 10007
                                                            Telephone: (212) 637-2734
                                                             Facsimile: (212) 637-2686

To:    Jacqueline I. Meyer, Esq.
         Hodgson Russ LLP
         230 Park Ave, 17th Floor
         New York, NY 10169