# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of New York |
|---|---|

**Ahmed Dhakkar**

    Plaintiff

vs.

**Alberto Gonzales, Attorney General of the United States, et al**

    Defendant

Attorney:

Hodgson Russ LLP
Jacqueline Meyer, Esq.
230 Park Avenue
New York, NY. 10169

**Case Number:** 07 CIV 7919

Legal documents received by Target Research Services, Inc. on October 08th, 2007 at 10:00 AM to be served upon **Alberto Gonzales, Attorney General of the United States at 950 Pennsylvania Ave., NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **October 09th, 2007 at 12:35 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Petition for a Hearing on Naturalization Application; Exhibits; Civil Cover Sheet**, to **Quanetta Evans** as **General Clerk 2 & Authorized Agent** of the within named agency, to wit: **US Department of Justice** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 30   Height: 5'6   Weight: 275   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Target Research Services, Inc.**
20 Vessey St., PH
New York, NY 10007

(212) 227-9600

Internal Job ID: 0000005078

Reference Number: 07-003679

District of Columbia : SS
Subscribed and Sworn to before me
this 11th day of Oct 2007

_____
B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.