**United States District Court**
**Southern District of New York**

-------------------------------------------------------------------------

**DHAKKAR**                                          )
                                                     ) **Index No.: 07 CIV 7919**
                                                     )
                                                     )
                        **Plaintiff**                ) **AFFIDAVIT OF SERVICE**
              v.                                     )
**GONZALES, et al.**                                 )
                                                     )
                                                     )
                        **Defendant**                )

-------------------------------------------------------------------------

STATE OF NEW YORK: COUNTY OF NEW YORK        ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK.   That on OCTOBER 09, 2007 at 3:50 PM at 26 FEDERAL PLAZA, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL CASE, PETITION FOR A HEARING OF NATURALIZATION, CIVIL COVER SHEET on ANDREA QUARANTILLO therein named.

By delivering thereat a true copy of each to ALICE MONTIEL personally, who stated to be the AUTHORIZED RECIPIENT thereof.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Female     Race/Skin: White     Hair: Brown     Glasses: Yes     Approx. Age: 40     Height: 5'6"     Weight: 135

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

*[signature]*
Teddy Valcin, Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 10/16/07

Subscribed and sworn to before me, a notary public, on this ___16th___ day of ___October___, 2007.

_____
Notary Public

My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009