**United States District Court**
**Southern District of New York**

---

**DHAKKAR** )
) **Index No.: 07 CIV 7919**
)
)
**Plaintiff** ) **AFFIDAVIT OF SERVICE**
v. )
**GONZALES, et al.** )
)
)
)
**Defendant** )

---

STATE OF NEW YORK: COUNTY OF NEW YORK        ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK.   That on OCTOBER 09, 2007 at 4:29 PM at C/O U.S. ATTORNEYS OFFICE, SOUTHERN DISTRICT, 86 CHAMBERS, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL CASE, PETITION FOR A HEARING OF NATURALIZATION, CIVIL COVER SHEET on EMILIO GONZALES therein named.

By delivering thereat a true copy of each to MS. CHARLES personally, who stated to be the AUTHORIZED RECIPIENT for the United States District Court, Southern District of New York.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Female      Race/Skin: Black      Hair: Black      Glasses: Yes      Approx. Age: 35      Height: 5'7"      Weight: 135

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_(signature)_
Teddy Valcin, Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 10/16/07

Subscribed and sworn to before me, a notary public, on this ___16th___ day of ___October___, 2007.
_(signature)_
Notary Public
My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

United States District Court
Southern District of New York

---

DHAKKAR                                                    )
                                                           ) **Index No.: 07 CIV 7919**
                                                           )
                                                           )
                    **Plaintiff**                          ) **AFFIDAVIT OF SERVICE**
            v.                                             )
                                                           )
GONZALES, et al.                                           )
                                                           )
                                                           )
                    **Defendant**                          )

---

STATE OF NEW YORK: COUNTY OF NEW YORK        ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK.   That on OCTOBER 09, 2007 at 3:50 PM at 26 FEDERAL PLAZA, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL CASE, PETITION FOR A HEARING OF NATURALIZATION, CIVIL COVER SHEET on EMILIO GONZALES therein named.

By delivering thereat a true copy of each to ALICE MONTIEL personally, who stated to be the AUTHORIZED RECIPIENT thereof.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Female      Race/Skin: White      Hair: Brown      Glasses: Yes      Approx. Age: 40      Height: 5'6"      Weight: 135

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin, Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 10/16/07

Subscribed and sworn to before me, a notary public, on this _____ 16th _____ day of _____ October _____, 2007.

Notary Public

My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009