

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

December 3, 2007

**BY HAND**
The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

    Re:    *Dhakkar v. Mukasey et al.*, No. 07 Civ. 7919 (LAP)

Dear Judge Preska:

    This Office represents the defendants, Michael Mukasey, Attorney General of the United States;[1] Andrea Quarantillo, Director of the New York City Office of the United States Citizenship and Immigration Services ("USCIS"); Emilio Gonzalez, Director of USCIS; Michael Chertoff, Secretary of the Department of Homeland Security ("DHS"); and Robert S. Mueller, Director of the Federal Bureau of Investigation (collectively, the "Government"), in the above-referenced action. Plaintiff seeks to compel the Government to adjudicate his application for naturalization.

    The Government's response to Mr. Dhakkar's Complaint currently is due on December 8, 2007. The Government requests a 45-day extension of time – until January 22, 2008 – to respond to the Complaint. The extension of time will enable the Government to better determine the status of Mr. Dhakkar's application for naturalization and potentially to facilitate the consensual resolution of the case.

    This is the Government's first request for an extension. Plaintiff's counsel consents to this request. As no scheduling order has been entered in this action, the grant of this request for an extension would not have an effect on any other deadline in this action.

So ordered
*Loretta A. Preska, USDJ*
December 5, 2007

---

[1] Pursuant Rule 25(d)(1) of the Federal Rules of Civil Procedure, Attorney General Michael Mukasey will be substituted for former Attorney General Alberto Gonzales as a defendant in this action.

Thank you for your consideration of this request.

          Respectfully,

          MICHAEL J. GARCIA
          United States Attorney

    By: _____
       LI YU
       Assistant United States Attorney
       Telephone: (212) 637-2723
       Facsimile: (212) 637-2686

cc: Jacqueline Iris Meyer, Esq. (By Facsimile)
   Hodgson Russ LLP
   230 Park Avenue, 17th Floor
   New York, NY 10169
   Fax: (212) 751-0928