MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LI YU
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel: (212) 637-2734
Fax: (212) 637-2686
Email: li.yu@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
AHMED DHAKKAR,

         Plaintiff,

   -v-

MICHAEL B. MUKASEY, Attorney General of the
United States; ANDREA QUARANTILLO, Director of
the New York City Office of the United States
Citizenship and Immigration Services; EMILIO
GONZALEZ, Director of the United States Citizenship
and Immigration Services; MICHAEL CHERTOFF,
Secretary of the Department of Homeland Security
("DHS"); and ROBERT S. MUELLER, Director of the
Federal Bureau of Investigation,

         Defendants.
------------------------------------------------------------- x

ECF Case

07 Civ. 9414 (LAP)

STIPULATION OF
VOLUNTARY DISMISSAL

     WHEREAS, on or about December 3, 2004, plaintiff Ahmed Dhakkar (A #070 867 794) ("Plaintiff"), submitted an application for naturalization (the "Naturalization Application") to the United States Immigration and Naturalization Service (the "INS");

     WHEREAS, on or about September 10, 2007, Plaintiff filed a complaint in the above-captioned action (the "Complaint") against defendants Michael Mukasey, Attorney General of the United States; Andrea Quarantillo, Director of the New York City Office of the United States Citizenship and Immigration Services ("USCIS"); Emilio Gonzalez, Director of USCIS; Michael Chertoff, Secretary of the Department of Homeland Security ("DHS"); and Robert S. Mueller, Director of the Federal Bureau of Investigation (collectively, the "Government"), seeking "a

1

judicial determination of his naturalization Application" or, in the alternative, a writ of mandamus ordering the USCIS to adjudicate the Naturalization Application promptly;

WHEREAS, on or about January 3, 2008, the USCIS approved Plaintiff's Naturalization Application; and

WHEREAS, Plaintiff swore the oath of naturalization at an oath ceremony held on Friday, January 18, 2008, and received a Certificate of Naturalization on that date;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and the Government as follows:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Complaint is voluntarily dismissed with prejudice and without costs or fees to any party.

2. Plaintiff and the Government understand and agree that this Stipulation of Voluntary Dismissal contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York  
January 22, 2008

*Counsel for Plaintiff*

By: _____  
Jacqueline Iris Meyer, Esq.  
Hodgson Russ LLP  
230 Park Avenue, 17th Floor  
New York, NY 10169  
Telephone No. (212) 751-4300  
Facsimile No. (212) 751-0928  
Email: JMeyer@bschloss.com

Dated: New York, New York  
January 22, 2008

MICHAEL J. GARCIA  
United States Attorney for the  
Southern District of New York

By: _____  
LI YU  
Assistant United States Attorney  
86 Chambers Street, Third Floor  
New York, New York 10007  
Telephone No. (212) 637-2734  
Facsimile No. (212) 637-2686  
Email: Li.Yu@usdoj.gov

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

So Ordered:

_____  
Hon. Loretta A. Preska, USDJ

SO ORDERED:

*Loretta A. Preska*  
LORETTA A. PRESKA, U.S.D.J.  
January 23, 2008

2